FILED - USDC -NH
2026 JAN 20 PM12:25  United States District Court

For the District of New Hampshire

-----------------------------------------------------------------------------------------------

Jessie Adams )

    Plaintiff ) Case No.

      v. )

Sergio Jimenez ) Jury Trial: Yes

    Defendant )

## COMPLAINT FOR A CIVIL CASE

1. Upon information and belief, Defendant had ex parte communication with certain individuals,

2. Defendant conspired with others in violation of due process,

3. The Basis for federal court jurisdiction is federal law.

## RELIEF

Plaintiff demands a sum of money estimated over $400,000.

## CERTIFICATION AND CLOSING

The undersigned declares under penalty of perjury that she is the plaintiff in the above action, that she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746, 18 U.S.C. § 1621. _Jessie_

1/9/2026

Jessie Adams

261 Jones st,

San Francisco, CA 94100

MID-ISLAND NY  117

16 JAN 2026   PM 2  L

UNITED STATES
OF AMERICA
FOREVER/USA

US District Court Clerk's Office

55 Pleasant Street, Room 110

Concord, NH 03301

03301-394135