UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jessie Adams

    v.                                                    Case No. 26-cv-69-SE

Sergio Jimenez


ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 9, 2026 (doc. no. 3). For the reasons explained therein, plaintiff's complaint (doc. no. 1) is dismissed in its entirety.

"[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quotation omitted); see United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiff's action is dismissed in its entirety. The clerk is directed to enter judgment and close this case.

SO ORDERED.

_____
Samantha D. Elliott
United States District Judge

Date: August 6, 2026

cc:  Jessie Adams, pro se